U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:26-CR-0038

I, Dexter Lenorris Sharper, defendant, having received a copy of the within Information, and having been arraigned plead Not Guilty thereto to count 1 thereof.

In Open Court this 30th day of January, 2026.

**FILED IN OPEN COURT**
**U.S.D.C. - Atlanta**

**JAN 30 2026**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

SIGNATURE (Defense Attorney)
Ross Brockway

SIGNATURE (Defendant)
Dexter L. Sharper

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: (404) 688-7530
Bar Number: 490836

Phone: _____

Filed in Open Court by:
_____
(Signature)

1/30/2026
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12